```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MIAN FAYYAZ,                                                        JUDGMENT
                                                                    08-CV- 5086 (JG)
                    Plaintiff,

        -against-                                                   FILED
                                                                    IN CLERK'S OFFICE
                                                                    U.S. DISTRICT COURT E.D.N.Y.
MICHAEL CHERTOFF, et al.,                                           ★ FEB 20 2009 ★

                                                                    BROOKLYN OFFICE

                    Defendants.
------------------------------------------------------------------X
```

An Order of Honorable John Gleeson, United States District Judge, having been filed on February 18, 2009, dismissing the action and all claims arising therefrom with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and ordering that each party is to bear its own costs, fees, including attorney's fees, and disbursements; it is

ORDERED and ADJUDGED that the action and all claims arising therefrom are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and that each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: Brooklyn, New York
       February 19, 2009

                                                    s/Robert C. Heinemann
                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court